```
                          United States Bankruptcy Court
                          Eastern District of Pennsylvania

In re:                                                       Case No. 20-10296-elf
Kevin Beauparlant                                            Chapter 13
Kelly Beauparlant
       Debtors             CERTIFICATE OF NOTICE
District/off: 0313-2          User: Keith                Page 1 of 2                  Date Rcvd: Jan 24, 2020
                              Form ID: 309I              Total Noticed: 38


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 26, 2020.
db/jdb         +Kevin Beauparlant,    Kelly Beauparlant,    61 Christopher Drive,    Holland, PA 18966-2014
14453079       +Bank of America,    4909 Savarese Circle,    Fl1-908-01-50,    Tampa, FL 33634-2413
14453082        CBNA/Best Buy,    PO Box 78009,   Phoenix, AZ 85062-8009
14453083       +Central Credit Services, LLC,     9550 Regency Square Blvd,    Suite 500 A,
                 Jacksonville, FL 32225-8169
14453086        Citibank North America,    Citibank SD MC 425,    5800 South Corp Place,    Sioux Falls, SD 57108
14453090       +Deptartment Store National Bank/Macy's,     Attn: Bankruptcy,    9111 Duke Boulevard,
                 Mason, OH 45040-8999
14453092       +EdFinancial Services,    Attn: Bankruptcy,    Po Box 36008,    Knoxville, TN 37930-6008
14453093       +First National Bank,    Attn: Bankruptcy,    1620 Dodge St Mailstop 4440,    Omaha, NE 68197-0002
14453094       +Firstrust Savings Bank,    1931 Cottman Ave,    Philadelphia, PA 19111-3850
14453095       +Inspire Federal Credit,    3 Friends Ln,    Newtown, PA 18940-3426
14453098       +PNC Bank,    Attn: Bankruptcy,    Po Box 94982: Mailstop Br-Yb58-01-5,    Cleveland, OH 44101-4982
14453099       +Santander Bank,    Attn: Bankruptcy,    10-64-38-Fd7 601 Penn St,    Reading, PA 19601-3563
14453105       +Usaa Fed Svng,    8950 Cypress Waters Blvd.,    Suite B,    Coppell, TX 75019-4620

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: msbankruptcy@verizon.net Jan 25 2020 03:27:52      MICHAEL SETH SCHWARTZ,
                 Law Office of Michael Schwartz,    707 Lakeside Office Park,    Southampton, PA   18966
tr             +E-mail/Text: bncnotice@ph13trustee.com Jan 25 2020 03:29:33      WILLIAM C. MILLER, Esq.,
                 Chapter 13 Trustee,    P.O. Box 1229,   Philadelphia, PA 19105-1229
smg             E-mail/Text: megan.harper@phila.gov Jan 25 2020 03:29:17      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA   19102-1595
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jan 25 2020 03:28:54      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
ust            +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Jan 25 2020 03:28:42      United States Trustee,
                 Office of the U.S. Trustee,    200 Chestnut Street,    Suite 502,   Philadelphia, PA 19106-2908
14453077       +E-mail/Text: backoffice@affirm.com Jan 25 2020 03:29:39      Affirm Inc,    Affirm Incorporated,
                 Po Box 720,   San Francisco, CA 94104-0720
14453078       +EDI: AMEREXPR.COM Jan 25 2020 08:18:00      Amex,   Correspondence/Bankruptcy,    Po Box 981540,
                 El Paso, TX 79998-1540
14453080       +EDI: TSYS2.COM Jan 25 2020 08:18:00      Barclays Bank Delaware,    Attn: Correspondence,
                 Po Box 8801,   Wilmington, DE 19899-8801
14453081       +EDI: CAPITALONE.COM Jan 25 2020 08:18:00      Capital One,    Attn: Bankruptcy,    Po Box 30285,
                 Salt Lake City, UT 84130-0285
14453084       +EDI: CHASE.COM Jan 25 2020 08:18:00      Chase Card Services,    Attn: Bankruptcy,    Po Box 15298,
                 Wilmington, DE 19850-5298
14453085       +EDI: CITICORP.COM Jan 25 2020 08:18:00      Citibank,    Attn: Recovery/Centralized Bankruptcy,
                 Po Box 790034,    St Louis, MO 63179-0034
14453087       +EDI: CITICORP.COM Jan 25 2020 08:18:00      Citibank/Shell Oil,    Attn: Bankruptcy,
                 Po Box 790034,    St Louis, MO 63179-0034
14453088       +EDI: WFNNB.COM Jan 25 2020 08:18:00      Comenity Bank/Express,    Attn: Bankruptcy,
                 Po Box 182125,    Columbus, OH 43218-2125
14453089       +EDI: WFNNB.COM Jan 25 2020 08:18:00      Comenitycapital/bjsclb,    Attn: Bankruptcy Dept,
                 Po Box 182125,    Columbus, OH 43218-2125
14453091        EDI: DISCOVER.COM Jan 25 2020 08:18:00      Discover Financial,    Attn: Bankruptcy Department,
                 Po Box 15316,    Wilmington, DE 19850
14456639        EDI: DISCOVER.COM Jan 25 2020 08:18:00      Discover Bank,    Discover Products Inc,
                 PO Box 3025,    New Albany, OH   43054-3025
14453096       +E-mail/Text: bncnotices@becket-lee.com Jan 25 2020 03:28:08      Kohls/Capital One,
                 Attn: Credit Administrator,    Po Box 3043,   Milwaukee, WI 53201-3043
14453097        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 25 2020 03:28:38      PA Department of Revenue,
                 Bankruptcy Division,    Department 280946,   Harrisburg, PA 17128-0496
14456229        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 25 2020 03:28:39
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, PA  17128-0946
14453100       +EDI: RMSC.COM Jan 25 2020 08:18:00      Synchrony Bank/Care Credit,    Attn: Bankruptcy Dept,
                 Po Box 965060,    Orlando, FL 32896-5060
14453101       +EDI: RMSC.COM Jan 25 2020 08:18:00      Synchrony Bank/Gap,    Attn: Bankruptcy Dept,
                 Po Box 965060,    Orlando, FL 32896-5060
14453102       +EDI: RMSC.COM Jan 25 2020 08:18:00      Synchrony Bank/Lowes,    Attn: Bankruptcy,
                 Po Box 965060,    Orlando, FL 32896-5060
14453103       +EDI: WTRRNBANK.COM Jan 25 2020 08:18:00      Target,    Attn: Bankruptcy,    Po Box 9475,
                 Minneapolis, MN 55440-9475
14453104       +EDI: USBANKARS.COM Jan 25 2020 08:18:00      U.S. Bancorp,    Attn: Bankruptcy,
                 800 Nicollet Mall,    Minneapolis, MN 55402-7014
14453106       +EDI: USAA.COM Jan 25 2020 08:18:00      USAA Federal Savings Bank,    Attn: Bankruptcy,
                 10750 Mcdermott Freeway,    San Antonio, TX 78288-1600
                                                                                               TOTAL: 25
```

```
District/off: 0313-2              User: Keith              Page 2 of 2              Date Rcvd: Jan 24, 2020
                                  Form ID: 309I            Total Noticed: 38
```

```
            ***** BYPASSED RECIPIENTS (continued) *****

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*            Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
14453107*      +USAA Federal Savings Bank,   Attn: Bankruptcy,   10750 Mcdermott Freeway,
                 San Antonio,, TX 78288-1600
                                                                                             TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 26, 2020                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 23, 2020 at the address(es) listed below:
              MICHAEL SETH SCHWARTZ    on behalf of Debtor Kevin  Beauparlant msbankruptcy@verizon.net,
               schwartzmr87357@notify.bestcase.com
              MICHAEL SETH SCHWARTZ    on behalf of Joint Debtor Kelly  Beauparlant msbankruptcy@verizon.net,
               schwartzmr87357@notify.bestcase.com
              REBECCA ANN SOLARZ    on behalf of Creditor    USAA Federal Savings Bank bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                            TOTAL: 5
```

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Kevin Beauparlant**<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–3317<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | **Kelly Beauparlant**<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–2461<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **Eastern District of Pennsylvania** | | Date case filed for chapter   **13   1/16/20** |
| Case number:   **20–10296–elf** | | |

Official Form 309I

## Notice of Chapter 13 Bankruptcy Case

12/17

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Kevin Beauparlant | Kelly Beauparlant |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 61 Christopher Drive<br>Holland, PA 18966 | 61 Christopher Drive<br>Holland, PA 18966 |
| 4. | **Debtor's attorney**<br>Name and address | MICHAEL SETH SCHWARTZ<br>Law Office of Michael Schwartz<br>707 Lakeside Office Park<br>Southampton, PA 18966 | Contact phone 215–396–7900<br>Email: msbankruptcy@verizon.net |
| 5. | **Bankruptcy trustee**<br>Name and address | WILLIAM C. MILLER, Esq.<br>Chapter 13 Trustee<br>P.O. Box 1229<br>Philadelphia, PA 19105 | Contact phone 215–627–1377<br>Email: ecfemails@ph13trustee.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov. | 900 Market Street<br>Suite 400<br>Philadelphia, PA 19107 | Hours open:<br>Philadelphia Office –– 8:30 A.M. to 5:00 P.M<br>Reading Office –– 8:00 A.M. to 4:30 P.M.<br>Contact phone (215)408–2800<br>Date: 1/24/20 |

**For more information, see page 2**

Official Form 309I                    **Notice of Chapter 13 Bankruptcy Case**                    page 1

Debtor **Kevin Beauparlant** and **Kelly Beauparlant**                          Case number **20–10296–elf**

| | | |
|---|---|---|
| **7. Meeting of creditors** <br> Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **March 11, 2020 at 11:30 AM** <br><br> The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:** <br> **Suite 18–341, 1234 Market Street, Philadelphia, PA 19107** |
| **8. Deadlines** <br> The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:** <br> **You must file:** <br> • a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f), or <br> • a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 5/10/20** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 3/26/20** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 7/14/20** |
| | **Deadlines for filing proof of claim:** <br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. <br> If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed. <br> Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:** <br> The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:**    30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. This plan proposes payment to the trustee of $2750.00 per month for 60 months. The plan is enclosed. The hearing on confirmation will be held on: <br> **3/31/20** at **10:00 AM**, Location: **Courtroom #1, 900 Market Street, Philadelphia, PA 19107** | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion by the deadline. | |