**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | Case No. 20-10296-elf |
| KEVIN BEAUPARLANT and<br>KELLY BEAUPARLANT | Chapter 13 |

**NOTICE OF APPEARANCE**
**AND REQUEST FOR SERVICE OF ALL NOTICES AND PLEADINGS**

     **PLEASE TAKE NOTICE**, that **INSPIRE FEDERAL CREDIT UNION f/k/a BUCKS FIRST FEDERAL CREDIT UNION,** appears herein by and through its counsel, J. Todd Savarese, Esquire, who hereby enters his appearance and requests that all notices given or required to be given in this case, whether pursuant to Federal Bankruptcy Rules 2002, 9007, 9010(b) or Bankruptcy Code Sections 102(1) and 342 or any other provisions of the Bankruptcy Code or Bankruptcy Rules, and all pleadings served or required to be served in this case be given to and served upon the undersigned at the following office address, telephone and fax number.

     **PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only the notices and pleadings referred to in the Rules, but also includes, without limitations, Orders and Notices of any application, Motions, Petitions, Pleadings, Requests, Complaints or Demands, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, email, personal or overnight delivery, telephone, telegraph, telex or otherwise which effect or seek to effect in any way any rights or interest of said **INSPIRE FEDERAL CREDIT UNION f/k/a BUCKS FIRST FEDERAL CREDIT UNION.**

     RESPECTFULLY SUBMITTED,

*J. Todd Savarese, Esquire /s/*
_____
J. Todd Savarese, Esquire
80 N. 2nd St. Pike
Churchville, PA 18901
(215) 322-7848 - telephone
(215) 322-7849 – facsimile
Todd@Savareselaw.com - Email

Dated: February 3, 2020