Certificate Number: 05781-PAE-DE-034049561

Bankruptcy Case Number: 20-10296



05781-PAE-DE-034049561

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 5, 2020, at 7:10 o'clock AM PST, Kelly Beauparlant completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  February 5, 2020          By:   /s/Allison M Geving

                                 Name: Allison M Geving

                                 Title: President