**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | : Chapter 13 |
| | : |
| Kevin Beauparlant | : |
| Kelly Beauparlant | : |
| Debtors | : Bankruptcy No. 20-10296 ELF |

**CERTIFICATE OF SERVICE**

I, **MICHAEL SCHWARTZ, ESQUIRE,** hereby certify that Debtors' Amended Chapter 13 Plan sent on March 27, 2020, by electronic notification and United States First Class Mail to the Office of the Trustee, and all secured and priority creditors using the addresses listed in the claims register.

                                               **\s\ Michael Schwartz**
                                               **MICHAEL SCHWARTZ, ESQUIRE**
                                               **Attorney for Debtors**