# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Kelly Beauparlant<br>Kevin Beauparlant<br>　　　　　　　　　Debtor(s) | CHAPTER 13 |
| USAA FEDERAL SAVINGS BANK, its successors and/or assigns<br>　　　　　　　　　Movant<br>　　　vs. | NO. 20-10296 ELF |
| Kelly Beauparlant<br>Kevin Beauparlant<br>　　　　　　　　　Debtor(s) | |
| William C. Miller Esq.<br>　　　　　　　　　Trustee | |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of USAA FEDERAL SAVINGS BANK, which was filed with the Court on or about **March 6, 2020, docket number 16**.

　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　By: **/s/ Rebecca A. Solarz, Esquire**
　　　　　　　　　　　　　　Rebecca A. Solarz, Esquire
　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　Philadelphia, PA  19106
　　　　　　　　　　　　　　215-627-1322
　　　　　　　　　　　　　　Attorney for Movant/Applicant

April 26, 2020