United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Kevin Beauparlant
Kelly Beauparlant
        Debtors

Case No. 20-10296-elf
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2         User: Antoinett        Page 1 of 1          Date Rcvd: Apr 29, 2020
                            Form ID: 155           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 01, 2020.
db/jdb        +Kevin Beauparlant,   Kelly Beauparlant,   61 Christopher Drive,   Holland, PA 18966-2014

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 01, 2020                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 29, 2020 at the address(es) listed below:
          J. TODD BUCKLEY SAVARESE    on behalf of Creditor    Inspire Federal Credit Union
           todd@savareselaw.com,  toddsav@verizon.net
          LISA  CANCANON   on behalf of Creditor    USAA Federal Savings Bank LisaC@w-legal.com
          MICHAEL SETH SCHWARTZ   on behalf of Debtor Kevin   Beauparlant msbankruptcy@verizon.net,
           schwartzmr87357@notify.bestcase.com
          MICHAEL SETH SCHWARTZ   on behalf of Joint Debtor Kelly   Beauparlant msbankruptcy@verizon.net,
           schwartzmr87357@notify.bestcase.com
          REBECCA ANN SOLARZ   on behalf of Creditor    USAA Federal Savings Bank bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.   ecfemails@phl3trustee.com,  philaecf@gmail.com
                                                                              TOTAL: 7

### *UNITED STATES BANKRUPTCY COURT*
### *EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Kevin Beauparlant and Kelly
Beauparlant

           Debtor(s)                                         Chapter: 13

                                                Bankruptcy No: 20−10296−elf

_____

### *ORDER CONFIRMING PLAN UNDER CHAPTER 13*

     AND NOW, this 28th day of April, 2020 upon consideration of the plan submitted by the
debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed;
and it appearing that:


     A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation
hearing upon notice having been held;

     B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other
applicable provisions of title 11 U.S.C.;

     C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid
before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                        Eric L. Frank
                                        Judge ,
                                        United States Bankruptcy Court