# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| IN RE: | **Kevin Beauparlant** | : | **Chapter 13** |
| | **Kelly Beauparlant** | : | **Bankruptcy No.** |
| | | : | **20-10296 ELF** |

## ORDER

**AND NOW,** this 26th day of May, 2020, upon consideration of the foregoing Application for Compensation and Reimbursement of Expenses, it is hereby ORDERED that MICHAEL S. SCHWARTZ, ESQUIRE, is **ALLOWED** $5,300.00 as compensation. Trustee is authorized to pay counsel $3,660.00 from the estate as an administrative expense, to the extent provided by the confirmed Plan.

_____

**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**