United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 20-10296-elf
Kevin Beauparlant                                                     Chapter 13
Kelly Beauparlant
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Antoinett          Page 1 of 1          Date Rcvd: May 26, 2020
                             Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 28, 2020.
db/jdb          +Kevin Beauparlant,   Kelly Beauparlant,   61 Christopher Drive,   Holland, PA 18966-2014

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 28, 2020                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 26, 2020 at the address(es) listed below:
          J. TODD BUCKLEY SAVARESE    on behalf of Creditor     Inspire Federal Credit Union
          todd@savareselaw.com,   toddsav@verizon.net
          LISA  CANCANON    on behalf of Creditor    USAA Federal Savings Bank LisaC@w-legal.com
          MICHAEL SETH SCHWARTZ    on behalf of Debtor Kevin   Beauparlant msbankruptcy@verizon.net,
          schwartzmr87357@notify.bestcase.com
          MICHAEL SETH SCHWARTZ    on behalf of Joint Debtor Kelly  Beauparlant msbankruptcy@verizon.net,
          schwartzmr87357@notify.bestcase.com
          REBECCA ANN SOLARZ    on behalf of Creditor    USAA Federal Savings Bank bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@phl3trustee.com,  philaecf@gmail.com
                                                                                        TOTAL: 7

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:     **Kevin Beauparlant**              :     **Chapter 13**
           **Kelly Beauparlant**              :     **Bankruptcy No.**
                                              :     **20-10296 ELF**

**ORDER**

    **AND NOW,** this 26th day of May       , 2020, upon consideration of the
foregoing Application for Compensation and Reimbursement of Expenses, it is hereby
ORDERED that MICHAEL S. SCHWARTZ, ESQUIRE, is **ALLOWED** $5,300.00 as
compensation. Trustee is authorized to pay counsel $3,660.00 from the estate as an
administrative expense, to the extent provided by the confirmed Plan.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**