**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| IN RE: | **Kevin Beauparlant** | : | **Chapter 13** |
| | **Kelly Beauparlant** | : | **Bankruptcy No.** |
| | | : | **20-10296 ELF** |

# O R D E R

**AND NOW,** upon consideration of the Debtors' Motion to Modify Confirmed Plan (**Doc. # 31** ), and after notice and hearing, and with the consent of the Chapter 13 Trustee,

It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Debtor's Amended Chapter 13 Plan (**Doc. # 32** ) is **APPROVED**.

**Date:**   _____
           **ERIC L. FRANK**
           **U.S. BANKRUPTCY JUDGE**