**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:    **Kevin Beauparlant**              :    **Chapter 13**
          **Kelly Beauparlant**              :    **Bankruptcy No.**
                                             :    <u>**20-10296 ELF**</u>

**CERTIFICATE OF SERVICE**

I, **MICHAEL SCHWARTZ, ESQUIRE,** hereby certify that Debtors' Motion to Modify Plan was sent on June 17, 2020, by electronic notification and/or United States First Class Mail to the Office of the Trustee, Firstrust Bank and all secured and priority creditors to the addresses listed on the claims register.

            \s\ **Michael Schwartz**
            **MICHAEL SCHWARTZ, ESQUIRE**
            **Attorney for Debtors**