## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | **Kevin Beauparlant** | : | Chapter 13 |
|---|---|---|---|
| | **Kelly Beauparlant** | : | Bankruptcy No. |
| | | : | **20-10296 ELF** |

## **CERTIFICATE OF SERVICE**

    I, **MICHAEL S. SCHWARTZ, ESQUIRE**, hereby certify that I sent the attached motion for Approval of Compensation (Application for compensation) on June 17, 2020 via electronic notification and/or United States First Class Mail to the Trustee and all interested parties, including secured creditors, priority creditors, and Debtor, using the addresses listed on the claims register.

    Respectfully Submitted,

\_\_\_\s\ Michael S. Schwartz_____
**MICHAEL S. SCHWARTZ, ESQUIRE**
Attorney for Debtor