IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 20-10296-elf |
| Kevin Beauparlant & Kelly Beauparlant | : | |
| Debtor(s) | : | |
| | : | Chapter 13 |
| | : | |

## NOTICE FOR WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that Lisa Cancanon, of the firm Weinstein & Riley, P.S., hereby withdraws as counsel of record for USAA Federal Savings Bank in this bankruptcy proceeding. The undersigned attorney requests removal from the notice list in this case and acknowledges that this will result in paper and electronic notices being discontinued.

Date: 6/29/2020            Movant/Attorney: /s/ Lisa Cancanon
                           Lisa Cancanon, Bar No. 323550
                           Weinstein & Riley, P.S.
                           11101 West 120th Ave, Ste 280
                           Broomfield, Colorado 80021
                           Phone: (303) 539-8607
                           Email: lisac@w-legal.com

**CERTIFICATE OF SERVICE**

I hereby certify that on June 29, 2020, I served a copy of *NOTICE FOR WITHDRAWAL OF COUNSEL* on the following parties via first class mail or caused them to be served with a Notice of Electronic Filing.

Trustee via E-Filing
WILLIAM C. MILLER, Esq.
ecfemails@ph13trustee.com

Debtor's Counsel via E-Filing
MICHAEL SETH SCHWARTZ
msbankruptcy@verizon.net

U.S. Trustee via E-Filing
United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

Debtor via First-Class Mail
Kevin Beauparlant & Kelly Beauparlant
61 Christopher Drive
Holland, PA 18966

/s/Jordyn Robertson
Jordyn Robertson
Weinstein & Riley, P.S.
2001 Western Avenue, Suite 400
Seattle, WA  98121
Phone: 206-269-3490