**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| IN RE: | **Kevin Beauparlant** | : | **Chapter 13** |
| | **Kelly Beauparlant** | : | **Bankruptcy No.** |
| | | : | **20-10296 ELF** |

**CERTIFICATION OF NO-OBJECTION OR RESPONSE**

    I, **MICHAEL SCHWARTZ, ESQUIRE**, hereby certify that I filed the motion for Approval of Compensation (Application for compensation) with the Clerk of the United States Bankruptcy Court on June 17, 2020 and sent notice via electronic notification and/or First Class Mail on June 17, 2020 to the Trustee and all interested parties that they had twenty-one (21) days to file an Answer, Objection or other responsive pleading; that more than twenty-one (21) days have elapsed since the giving of such notice and I have not received an Answer or other responsive pleading. I therefore request that the Court enter the Order accompanying said Motion.

                                                      Respectfully Submitted,

                                                  _____\s\ Michael Schwartz_____
                                                  **MICHAEL SCHWARTZ, ESQUIRE**
                                                  Attorney for Debtor