**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
|     KEVIN BEAUPARLANT | : | |
|     KELLY BEAUPARLANT, | : | |
|         Debtors | : | Bky. No.  20-10296 ELF |

# O R D E R

**AND NOW,** upon consideration of the Debtors' Motion to Modify Confirmed Plan ("the Motion"), and after notice and hearing, and with the consent of the Chapter 13 Trustee,

It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Debtors' Amended Chapter 13 Plan (Doc. #32 ) is **APPROVED**.

Date:  July 29, 2020

                                            **ERIC L. FRANK
U.S. BANKRUPTCY JUDGE**