United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Kevin Beauparlant
Kelly Beauparlant
    Debtors

Case No. 20-10296-elf
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: Antoinett     Page 1 of 1     Date Rcvd: Jul 29, 2020
                       Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 31, 2020.
db/jdb        +Kevin Beauparlant,   Kelly Beauparlant,   61 Christopher Drive,   Holland, PA 18966-2014

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                          TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 31, 2020                                             Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 29, 2020 at the address(es) listed below:

         J. TODD BUCKLEY SAVARESE     on behalf of Creditor    Inspire Federal Credit Union
          todd@savareselaw.com,  toddsav@verizon.net
         MICHAEL SETH SCHWARTZ     on behalf of Debtor Kevin  Beauparlant msbankruptcy@verizon.net,
          schwartzmr87357@notify.bestcase.com
         MICHAEL SETH SCHWARTZ     on behalf of Joint Debtor Kelly  Beauparlant msbankruptcy@verizon.net,
          schwartzmr87357@notify.bestcase.com
         REBECCA ANN SOLARZ     on behalf of Creditor    USAA Federal Savings Bank bkgroup@kmllawgroup.com
         United States Trustee     USTPRegion03.PH.ECF@usdoj.gov
         WILLIAM C. MILLER, Esq.     ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                                                  TOTAL: 6

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
|     KEVIN BEAUPARLANT | : | |
|     KELLY BEAUPARLANT, | : | |
|         Debtors | : | Bky. No. 20-10296 ELF |

# O R D E R

**AND NOW,** upon consideration of the Debtors' Motion to Modify Confirmed Plan ("the Motion"), and after notice and hearing, and with the consent of the Chapter 13 Trustee,

It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Debtors' Amended Chapter 13 Plan (Doc. #32 ) is **APPROVED**.

Date:  July 29, 2020

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**