United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Kevin Beauparlant
Kelly Beauparlant
      Debtors

Case No. 20-10296-elf
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2      User: Antoinett      Page 1 of 1      Date Rcvd: Jul 30, 2020
                       Form ID: pdf900      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 01, 2020.
db/jdb        +Kevin Beauparlant,    Kelly Beauparlant,    61 Christopher Drive,    Holland, PA 18966-2014

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                    TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 01, 2020                             Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 30, 2020 at the address(es) listed below:
       J. TODD BUCKLEY SAVARESE    on behalf of Creditor    Inspire Federal Credit Union
       todd@savareselaw.com,   toddsav@verizon.net
       MICHAEL SETH SCHWARTZ    on behalf of Debtor Kevin   Beauparlant msbankruptcy@verizon.net,
       schwartzmr87357@notify.bestcase.com
       MICHAEL SETH SCHWARTZ    on behalf of Joint Debtor Kelly   Beauparlant msbankruptcy@verizon.net,
       schwartzmr87357@notify.bestcase.com
       REBECCA ANN SOLARZ    on behalf of Creditor    USAA Federal Savings Bank bkgroup@kmllawgroup.com
       United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
       WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                               TOTAL: 6

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| IN RE: | **Kevin Beauparlant** | : | **Chapter 13** |
| | **Kelly Beauparlant** | : | **Bankruptcy No.** |
| | | : | **20-10296 ELF** |

# O R D E R

      **AND NOW**, upon consideration of the Application for Supplemental Compensation

("the Application") filed by the Debtor(s)' counsel ("the Applicant") and upon the Applicant's

certification that proper service has been made on all interested parties and upon the Applicant's

certification of no response,

      It is hereby **ORDERED** that:

1. The Application is **GRANTED.**

2. Supplemental ompensation is **ALLOWED** in the amount of **$ 500.00** .

3. The Chapter 13 Trustee is authorized to distribute to the Applicant as an administrative

expense pursuant to 11 U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b)

and 11 U.S.C. §330(a)(4)(B), the allowed compensation set forth in ¶2 to the extent such

distribution is authorized under the terms of the modified chapter 13 plan.

**Date:**   7/30/20

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**