United States Bankruptcy Court

Eastern District of Pennsylvania

| In re: | Case No. 20-10296-elf |
|---|---|
| Kevin Beauparlant | Chapter 13 |
| Kelly Beauparlant | |
| Debtors | |

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Jul 02, 2021 | Form ID: pdf900 | Total Noticed: 64 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 04, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Kevin Beauparlant, Kelly Beauparlant, 61 Christopher Drive, Holland, PA 18966-2014 |
| cr | + | American Express National Bank c/o Zwicker & Assoc, 80 Minuteman Road, P.O. Box 9043, Andover, MA 01810-0943 |
| cr | + | Inspire Federal Credit Union, 3 Friends Lane, Newton, PA 18940-3426 |
| 14460440 | + | American Express National Bank, c/o Zwicker & Associates, P.C., 80 Minuteman Road, P.O. Box 9043, Andover, MA 01810-0943 |
| 14465654 | | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14459680 | + | American Express National Bank, AENB, c/o Zwicker and Associates, P.C., Attorneys/Agents for Creditor, P.O. 9043, Andover, MA 01810-0943 |
| 14453078 | + | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 14453079 | + | Bank of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 14479602 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14453080 | + | Barclays Bank Delaware, Attn: Correspondence, Po Box 8801, Wilmington, DE 19899-8801 |
| 14470308 | | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14453083 | + | Central Credit Services, LLC, 9550 Regency Square Blvd, Suite 500 A, Jacksonville, FL 32225-8169 |
| 14453092 | + | EdFinancial Services, Attn: Bankruptcy, Po Box 36008, Knoxville, TN 37930-6008 |
| 14453093 | + | First National Bank, Attn: Bankruptcy, 1620 Dodge St Mailstop 4440, Omaha, NE 68197-0002 |
| 14511239 | + | Firstrust Bank, One Walnut Grove Drive, Horsham, PA 19044-2201 |
| 14453094 | + | Firstrust Savings Bank, 1931 Cottman Ave, Philadelphia, PA 19111-3850 |
| 14453095 | + | Inspire Federal Credit, 3 Friends Ln, Newtown, PA 18940-3426 |
| 14484911 | + | Inspire Federal Credit Union, 3 Friends Lane, Newtown PA 18940-3426 |
| 14463335 | + | Inspire Federal Credit Union, c/o J. TODD BUCKLEY SAVARESE, Savarese Law Offices, 80 N. 2nd Street Pike, Churchville, PA 18966-1057 |
| 14470905 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14457512 | ++ | PERI GARITE, ATTN CARD WORKS, 101 CROSSWAYS PARK DR W, WOODBURY NY 11797-2020 address filed with court:, First National Bank of Omaha, 1620 Dodge Street, Stop Code 3129, Omaha, NE 68197 |
| 14453099 | + | Santander Bank, Attn: Bankruptcy, 10-64-38-Fd7 601 Penn St, Reading, PA 19601-3563 |
| 14453103 | + | Target, Attn: Bankruptcy, Po Box 9475, Minneapolis, MN 55440-9475 |
| 14577384 | + | The Philadelphia Hand Center P.C., 1601 Market Street Suite 2300, Philadelphia, Philadelphia, PA 19103-2306 |
| 14488592 | + | USAA FEDERAL SAVINGS BANK, Nationstar Mortgage LLC, P.O. Box 619096, Dallas, TX 75261-9096 |
| 14456060 | + | USAA Federal Savings Bank, c/o REBECCA ANN SOLARZ, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |
| 14453106 | + | USAA Federal Savings Bank, Attn: Bankruptcy, 10750 Mcdermott Freeway, San Antonio, TX 78288-1600 |
| 14496829 | + | USAA Federal Savings Bank, c/o Lisa Cancanon, Weinstein & Riley, P.S., 11101 West 120th Avenue #280, Broomfield, CO 80021-2756 |
| 14453105 | + | Usaa Fed Svng, 8950 Cypress Waters Blvd., Suite B, Coppell, TX 75019-4620 |

TOTAL: 29

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jul 02 2021 23:21:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jul 02 2021 23:21:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |

Case 20-10296-elf    Doc 59    Filed 07/04/21    Entered 07/05/21 00:35:58    Desc Imaged
                                Certificate of Notice    Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jul 02, 2021 | Form ID: pdf900 | Total Noticed: 64 |

| ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 14453077 | + | Email/Text: backoffice@affirm.com | Jul 02 2021 23:21:00 | Affirm Inc, Affirm Incorporated, Po Box 720, San Francisco, CA 94104-0720 |
| 14487405 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 02 2021 23:26:47 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14453082 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 02 2021 23:26:47 | CBNA/Best Buy, PO Box 78009, Phoenix, AZ 85062-8009 |
| 14453081 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jul 02 2021 23:26:42 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14465159 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Jul 02 2021 23:26:39 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14453085 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 02 2021 23:26:47 | Citibank, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14453086 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 02 2021 23:26:43 | Citibank North America, Citibank SD MC 425, 5800 South Corp Place, Sioux Falls, SD 57108 |
| 14485540 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 02 2021 23:26:47 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14453087 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 02 2021 23:26:47 | Citibank/Shell Oil, Attn: Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14453088 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 02 2021 23:21:00 | Comenity Bank/Express, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14453089 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 02 2021 23:21:00 | Comenitycapital/bjsclb, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14453091 | | Email/Text: mrdiscen@discover.com | Jul 02 2021 23:21:00 | Discover Financial, Attn: Bankruptcy Department, Po Box 15316, Wilmington, DE 19850 |
| 14453090 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 02 2021 23:26:47 | Deptartment Store National Bank/Macy's, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 14481464 | | Email/Text: bnc-quantum@quantum3group.com | Jul 02 2021 23:21:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14456639 | | Email/Text: mrdiscen@discover.com | Jul 02 2021 23:21:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14535438 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 02 2021 23:21:00 | Internal Revenue Service, P O BOX 7346, Philadelphia PA 19101-7346 |
| 14483897 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jul 02 2021 23:21:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 14453084 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Jul 02 2021 23:26:35 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 14453096 | + | Email/Text: PBNCNotifications@peritusservices.com | Jul 02 2021 23:21:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 14486499 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 02 2021 23:26:38 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14453097 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 02 2021 23:21:00 | PA Department of Revenue, Bankruptcy Division, Department 280946, Harrisburg, PA 17128-0496 |
| 14453098 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 02 2021 23:21:00 | PNC Bank, Attn: Bankruptcy, Po Box 94982: Mailstop Br-Yb58-01-5, Cleveland, OH 44101 |
| 14485559 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 02 2021 23:26:46 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14456229 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 02 2021 23:21:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 14485306 | | Email/Text: bnc-quantum@quantum3group.com | Jul 02 2021 23:21:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14485307 | | Email/Text: bnc-quantum@quantum3group.com | Jul 02 2021 23:21:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14453100 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 02 2021 23:26:36 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14453101 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 02 2021 23:26:42 | Synchrony Bank/Gap, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14453102 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 02 2021 23:26:42 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14487855 | + | Email/Text: bncmail@w-legal.com | Jul 02 2021 23:21:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14453104 | + | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Jul 02 2021 23:21:00 | U.S. Bancorp, Attn: Bankruptcy, 800 Nicollet Mall, Minneapolis, MN 55402-7014 |
| 14484735 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Jul 02 2021 23:21:00 | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, Saint Louis, MO 63166-0108 |
| 14461856 | + | Email/Text: bncmail@w-legal.com | Jul 02 2021 23:21:00 | USAA Federal Savings Bank, C/O: Weinstein & Riley, P.S, 2001 Western Avenue, Ste 400, Seattle, WA 98121-3132 |

TOTAL: 35

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14470295 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14453107 | *+ | USAA Federal Savings Bank, Attn: Bankruptcy, 10750 Mcdermott Freeway, San Antonio,, TX 78288-1600 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 04, 2021                Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 2, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| J. TODD BUCKLEY SAVARESE | on behalf of Creditor Inspire Federal Credit Union todd@savareselaw.com toddsav@verizon.net |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 4 of 4 |
| Date Rcvd: Jul 02, 2021 | Form ID: pdf900 | Total Noticed: 64 |

MICHAEL SETH SCHWARTZ
    on behalf of Debtor Kevin Beauparlant msbankruptcy@verizon.net schwartzmr87357@notify.bestcase.com

MICHAEL SETH SCHWARTZ
    on behalf of Joint Debtor Kelly Beauparlant msbankruptcy@verizon.net schwartzmr87357@notify.bestcase.com

REBECCA ANN SOLARZ
    on behalf of Creditor USAA Federal Savings Bank bkgroup@kmllawgroup.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.
    ecfemails@ph13trustee.com philaecf@gmail.com

TOTAL: 6

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| IN RE: | KEVIN BEAUPARLANT | : | Chapter 13 |
| | KELLY BEAUPARLANT, | : | |
| | | : | |
| | Debtors | : | Bky. No. 20-10296 ELF |

## O R D E R   D I S M I S S I N G   C H A P T E R   13  C A S E

**AND NOW**, the Debtors having filed a Praecipe to Dismiss Case (which shall be treated as a Motion filed under 11 U.S.C. § 1307(b), Fed. R. Bankr. P. 1017(f) and 9013), requesting dismissal of this case and the court having considered the record and finding that the case has not been converted previously under 11 U.S.C. § 706, 1112 or § 1208,

It is hereby **ORDERED** that any wage orders presently in effect are **VACATED** and this case is **DISMISSED**.

**Date:  July 2, 2021**

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**